Form 27 - GENERAL PURPOSE

JON L. NORINSBERG
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
------------------------------------------------------

FRANK BRANDON                                  plaintiff

- against -

THE CITY OF NEW YORK, ETAL                     defendant

------------------------------------------------------

Index No. **07 CIV 8789**

Date Filed ............

Office No.

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **17th day of October, 2007    at   02:38 PM.,**                at
   **100 CHURCH ST, 4TH FL.
   NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT
   JUDGES RULES
   CIVIL COVER SHEET**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES GAMMON---CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**          COLOR: **BLACK**         HAIR: **BLACK**
       APP. AGE: **25**         APP. HT: **5:6**         APP. WT: **115**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
19th  day of  October, 2007i



KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN76091