```
Form 02 - SUITABLE AGE              AETNA CENTRAL JUDICIAL SERVICES
            JON L. NORINSBERG
            ATTN:
U.S.EASTERN DIST. COURT      NEW YORK COUNTY
-------------------------------------------------
                                              Index No. 07 CIV 8789
FRANK BRANDON                      plaintiff
                                              Date Filed  ............
            - against -
                                              Office No.
THE CITY OF NEW YORK, ETAL         defendant
                                              Court Date:    /  /
-------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
JULIUS THOMPSON      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
  29th day of October, 2007  12:30 PM           at
     33 DETECTIVE SQUAD,2207 AMSTERDAM AVE
     NEW YORK, NY 10032
I served the   SUMMONS AND COMPLAINT
               JUDGES RULES
               CIVIL COVER SHEET
upon P.O.ANDRO STAMBUK, SHIELD NO.28510
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     LT. "JOHN" IKONE, CO-WORKER WHO REFUSED TRUE FIRST NAME
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE      COLOR: WHITE     HAIR: BLACK      AGE: 35   HEIGHT: 5:7    WEIGHT: 175
OTHER IDENTIFYING FEATURES:
On 10/30/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
30th  day of  October,       2007n              ...................................
                                                JULIUS THOMPSON  822528
JOEL GOLUB                                      AETNA   CENTRAL   JUDICIAL   SERVICES
Notary Public, State of New York                225 BROADWAY, SUITE 1802
    No.01G04751136                              NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                      Reference No: 3JLN76093
Commission Expires 12/31/2009
```