```
Form 02 - SUITABLE AGE              AETNA  CENTRAL  JUDICIAL  SERVICES
        JON L. NORINSBERG
        ATTN:
U.S.SOUTHERN DIST. COURT       NEW YORK   COUNTY
------------------------------------------------------
                                                    Index No. 07 CIV 8789
FRANK BRANDON                             plaintiff
                                                    Date Filed  ............
             - against -
                                                    Office No.
THE CITY OF NEW YORK, ETAL                defendant
                                                    Court Date:   /  /
------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
```

**JULIUS THOMPSON**      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the
**7th** day of **February, 2008   01:05 PM**            at
   **PATROL BOROUGH MANH.NORTH ANTICRIME**
   **151 W.100TH ST NEW YORK, NY RM 304**
I served the   **SUMMONS AND COMPLAINT**
               **JUDGES RULES**
               **CIVIL COVER SHEET**
upon **P.O.MARC KLAUSNER (SHIELD NO.01983)**
the **DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
   **SGT."JOHN" SUGUINOT---CO-WORKER WHO REFUSED FIRST NAME**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **WHITE**     HAIR: **BLACK**      AGE: **44**   HEIGHT: **5:10**   WEIGHT: **180**
OTHER IDENTIFYING FEATURES: **MUSTACHE**
On **02/08/2008** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
8th  day of  February,         2008i           ..........................
                                               JULIUS THOMPSON  822528
JOEL GOLUB                                     AETNA  CENTRAL  JUDICIAL   SERVICES
Notary Public, State of New York               225 BROADWAY, SUITE 1802
   No.01G04751136                              NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                     Reference No: 3JLN76094
Commission Expires 12/31/2009