

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVE STAVRIDIS
*Special Federal Litigation Division*
(212) 788-86
(212) 788-9776 (f)

August 1, 2008

**By Fax: (212) 805-7941**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08
```

    Re:  Brandon v. City of New York et al., 07 CV 8789 (LAP)

Your Honor:

    ① I am the Assistant Corporation Counsel representing defendants in the referenced civil rights matter. This is a joint request by the parties to extend the discovery deadline from August 1, 2008 to October 1, 2008, and to adjourn the pre trial conference scheduled for August 20, 2008 to a date beyond the new discovery deadline. This is the first such request by the parties.

    There are several reasons for this request. First, because of a filing error, the criminal court has not yet produced to defendants the criminal court file concerning this matter. Defendants need the criminal court to defend against the claims brought by plaintiff. Of particular importance are the transcripts of a suppression hearing held in the criminal case, which defendant seeks to obtain before conducting depositions. On its part, plaintiff needs additional time to obtain the transcripts of the sealed grand jury proceeding in this case in support of his malicious prosecution claim. All other discovery matters are being resolved amicably and the parties do not anticipate the need for Court intervention.

    I thank the Court for its consideration to this request.

② *The August 20 conference is adjourned to October 8, 2008 at 9:30 am*

Respectfully submitted,

Steve Stavridis
Special Federal Litigation Division

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*August 20, 2008*

cc: John P. Normberg, Esq. (by fax: 212-406-6890)

TOTAL